**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6304**

ANTWON WHITTEN,

Plaintiff - Appellant,

v.

J. G. JOHNSON, Correctional Officer,

Defendant - Appellee.

**No. 23-6553**

ANTWON WHITTEN,

Plaintiff - Appellant,

v.

J. G. JOHNSON, Correctional Officer,

Defendant - Appellee.

Appeals from the United States District Court for the Western District of Virginia, at Roanoke. Thomas T. Cullen, District Judge. (7:19-cv-00728-TTC-PMS)

Submitted: March 28, 2024                    Decided: April 1, 2024

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Antwon Whitten, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antwon Whitten appeals the district court's orders denying relief on his 42 U.S.C. § 1983 complaint and denying without prejudice his motion for preparation of transcripts and other records at government expense. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Whitten v. Johnson*, No. 7:19-cv-00728-TTC-PMS (W.D. Va. Mar. 25, 2022; Mar. 13 & May 5, 2023). We deny Whitten's motion filed in this court for reconsideration of the district court's order denying his motion for transcripts and other records at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*